# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN

_____

IN RE:

JAYNE M. ANDERSON,                                            Case No. 13-16039

        **Debtor.**
_____

## OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS
_____

      **NOW COMES** Nicholas A. Heike, as Attorney for the Trustee, who states to the Court his objections to the Debtor's claims of exemptions herein as follows:

1. This case was filed on or about December 23, 2013, and Christopher M. Seelen was appointed as Trustee.

2. The Debtor has claimed an exemption in the following property in the following amount:

| Property | Claimed Current Value | Exemption Claimed | Basis of Exemption |
|---|---|---|---|
| Property Located at: 25016 Dane Road, Paynesville, MN 56362 | $57,331.31 | $57,331.31 | MSA §§ 510.01, 510.02 |

(the "Exemption").

3. The Debtor sold her Minnesota residence on land contract on November 9, 2012. She has received $500/month payments that began on the sale date and shall continue until November 9, 2017.

4. The Trustee objects to the Exemption because the Debtor has claimed a homestead exemption in property that ceased to be her residence 13 months before filing.

5. Minnesota statute § 510.07 allows a Debtor to exempt proceeds resulting from the sale of her homestead for up to one year after sale. Accordingly, the Trustee objects to the Exemption to the extent any proceeds received by the Debtor under the land contract following one year from its sale (November 9, 2012) should be property of the bankruptcy estate.

{E0438200.DOC/1}                             -1-

**WHEREFORE**, the Trustee prays to the Court for an Order as follows:

A. Finding that due and appropriate notice of this Objection has been given under these circumstances;

B. Denying the Debtor's exemption in the real property as the Debtor cannot claim a homestead exemption in property not used as her residence;

C. Denying the Debtor's exemption to the extent any proceeds received by the Debtor under the land contract following one year from its sale (November 9, 2012) should be property of the bankruptcy estate.

D. Denying the Debtor's Exemption in the Real Property to the extent the value is greater than scheduled;

E. For such other and further relief as the Court in its discretion deems equitable and just under these circumstances.

Dated at Eau Claire, Wisconsin, this 25th day of February, 2014.

RUDER WARE

*Nicholas A. Heike /s/*

_____

Nicholas A. Heike
Attorney for the Trustee
State Bar # 1061893

P.O. ADDRESS:
RUDER WARE
402 Graham Avenue
P.O. Box 187
Eau Claire, WI  54702-0187
Telephone:        715.834.3425
Fax:                   715.834.9240