## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

---

**IN RE:**

**JAYNE M. ANDERSON,**                                    **Case No. 13-16039**

                           **Debtor.**

---

### AFFIDAVIT OF MAILING

---

SARAH HANSON, being sworn, states that on February 25, 2014, she mailed properly enclosed in a postpaid envelope a copy of the Trustee's Objection to Debtor's Claim of Exemptions, the originals of which have been electronically filed herein, addressed to each of the following parties at their respective addresses unless received electronically during the filing of this document:

To:

U.S. Trustee's Office                    Atty. Daniel F. DeMaio
780 Regent Street, Ste 304               2215 Vine Street, Ste. F
Madison, WI 53715                        Hudson, WI  54016

*(Via electronic filing only)*            *(Via electronic filing only)*

                                     RUDER WARE

                                     *Sarah Hanson /s/*
                                     _____
                                     Sarah Hanson, Legal Assistant
                                     402 Graham Avenue
                                     P.O. Box 187
                                     Eau Claire, WI 54702

Subscribed and sworn to before
me this 25th day of February, 2014.

*Victoria Mayer /s/*
_____
Victoria Mayer, Notary Public
Eau Claire County, Wisconsin
My commission expires: 04/10/2017.